In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-24-00122-CV
_____

## V. ROBERT FISHER JR., Appellant

## V.

## DAVID CARNAHAN, Appellee

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-06-06973-CV**

## MEMORANDUM OPINION

The appellant, V. Robert Fisher Jr., and the appellee, David Carnahan, filed a joint motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a). The parties filed the motion before we decided the appeal. The motion is granted, and the appeal is dismissed. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 5, 2024
Opinion Delivered June 6, 2024

Before Golemon, C.J., Horton and Wright, JJ.

1